## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Western Division

Jennifer Laureano

                    Plaintiff,

v.                                                    Case No.: 3:26–cv–50013
                                                      Honorable Iain D. Johnston

Ryan Terranova, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 5, 2026:

 MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 5/5/2026. The parties proposed case management order shall be filed by 5/22/2026 using the PDF form located on Judge Johnston's webpage. On or before 5/22/2026 the parties shall submit a proposed protective order as described on the record and submit a proposed HIPAA order. The parties are given leave to depose incarcerated person under F.R.C.P. Rule 30 (a)(2)(B). Plaintiff is given leave to file an amended complaint by 5/13/2026. Telephonic status hearing set for 6/5/2026 at 11:00 AM. The call–in number is 650–479–3207 and the access code is 23116155150#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.